No. 734, Misc. JOHNSON v. NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 779, Misc. WARWICK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 797, Misc. DAVIS v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 213. WEBSTER MOTOR CAR CO. v. PACKARD MOTOR CAR CO. ET AL., 355 U. S. 822. Motion for leave to file a second petition for rehearing denied.

JUNE 23, 1958.

No. 251. PANAMA CANAL CO. v. GRACE LINE, INC., ET AL.; and

No. 252. GRACE LINE, INC., ET AL. v. PANAMA CANAL CO., 356 U. S. 309. The application for amendment of the opinion is denied. *C. Dickerman Williams* and *J. Stewart Harrison* for applicants-respondents. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Herman Marcuse* filed a memorandum in opposition for the Panama Canal Co.